| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | BRINKEMA, Leonie M | 5/1/93 |

## II. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 13-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(S)" for separate ownership by spouse, "(J)" for joint ownership by reporting individual and spouse, and "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (div., rent or int.) | (1) Value Code (J-P) | (2) Value Method (Q-W) | (1) Type (buy, sell, merger, redemption) | (2) Date: Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| [ ] NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| IRA – Keogh – Merrill Lynch Asset Value – Class A mutual fund | B | dividend interest | K | T | | | | | |
| IRA – Dominion Bank income U.S. – cert. of deposit | B | int | K | – | | | | | |
| certform C IRA or Miners Act mutual fund Public Fund Income VA | C | int | K | – | | | | | |
| IRA – Crestar Bank income deposit Richmond, VA – cert. of deposit | B | int | J | T | Crestar bank over interest | 4/14/93 | – | A | certform held at Richmond division |
| | | | | redemption amount | | | | | |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | BRINKEMA   Leonie M | 3/2/93 |

## III. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Leonie M Brinkema_     Date _3/2/93_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google

# FINANCIAL STATEMENT

## NET WORTH   (As of August 1, 1993)

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 2 | 190 | – | Notes payable to banks—secured | | – | |
| U.S. Government securities—add schedule | 11 | 000 | – | Notes payable to banks—unsecured | | – | |
| Listed securities—add schedule | 35 | 000 | – | Notes payable to relatives | | – | |
| Unlisted securities—add schedule | – | | | Notes payable to others | | – | |
| Accounts and notes receivable: | | | | Accounts and bills due | | – | |
| Due from relatives and friends | | – | | Unpaid income tax | | – | |
| Due from others | | – | | Other unpaid tax and interest | | – | |
| Doubtful | | | | Real estate mortgages payable—add schedule | 98 | 500 | – |
| Real estate owned—add schedule | 21X | 000 | – | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts—Itemize:  - See | | | |
| Autos and other personal property | 46 | 000 | – | Credit cards        schedule | 24 | 829 | |
| Cash value—life insurance | | | | linnset Credit | 15 | 600 | – |
| Other assets—Itemize: | | | | | | | |
| Dr FERS retirement assts | 58 | 600 | – | | | | |
| Husband's IRA - Crestar Bank | 3 | 624 | – | | | | |
| " " Domingo " | 19 | 811 | – | Total liabilities | 138 | 929 | – |
| Childrens' Uniform gift to minors | 43 | 430 | – | Net worth | 300 | 024 | |
| net acc holdings - Central Fidelity Bank | 436 | 953 | – | Total liabilities and net worth | 436 | 953 | – |

| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
|---|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | NONE | | | Are any assets pledged? (Add schedule.) | No | | |
| On leases or contracts | NONE | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | NONE | | | Have you ever taken bankruptcy? | Never | | |
| Provision for Federal Income Tax | NONE | | | | | | |
| Other special debt | None | | | | | | |

Digitized by Google

SCHEDULE (As of August 1, 1993)

A. Assets:

| | |
|---|---|
| Personal residence | $218,000 |
| U.S. Series EE Savings Bonds | 11,000 |
| Merrill Lynch Basic Value Mutual Fund Class A | 35,000 |
| FERS retirement accounts (husband and mine) | 58,600 |
| Savings Accounts - First Commonwealth Savings and Loan | 1,900 |
| Department of Justice Credit Union | 1,040 |
| Husband's IRAs: Crestar | 3,672 |
| Dominion Bank | 19,811 |
| Childrens' Uniform gift to Minors Act Accounts - Central Fidelity Bank | 43,930 |
| Automobiles and personal property | 46,000 |
| Total | $438,953 |

B. Liabilities

| | |
|---|---|
| Mortgage - Old Kent Savings Bank | 50,000 |
| Home Equity Line - The Riggs National Bank | 48,500 |
| Department of Justice Credit Union Line of Credit | 6,629 |
| Maryland National Bank Line of Credit | 8,971 |
| Master Card: | |
| First Virginia Bank | 2,490 |
| Chevy Chase Savings and Loan | 8,428 |
| Maryland National Bank | 6,336 |
| Visa - Bank of America | 7,575 |
| Total | $138,929 |

19(b)

Digitized by Google